# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
(856) 251-1235

S. Daniel Hutchison, Esquire
Attorney for Debtor(s)

**Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No: 14-12108 |
| Donald J. Crooker | Hearing Date: |
| Theresa A. Crooker | |
| | Judge: ABA |
| Debtors. | |

**ORDER REGARDING REQUEST FOR EXEMPTION FROM PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1) AND FROM FILING CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)**

The relief set forth on the following pages, numbered two (2) of two (2) is **ORDERED**.

**DATED: September 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS MATTER** having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

**ORDERED** that:

1. Theresa A. Crooker is hereby exempt from participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23); and

2. Theresa A. Crooker is hereby exempt from filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

United States Bankruptcy Court
District of New Jersey

In re:
Donald J. Crooker, Jr.
Theresa A. Crooker
        Debtors

Case No. 14-12108-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1                  Date Rcvd: Sep 21, 2017
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
db/jdb         +Donald J. Crooker, Jr.,    Theresa A. Crooker,    12-C Oakview Drive,    Shamong, NJ 08088-8466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Loss Mitigation    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles A. Fiore    on behalf of Creditor    Monroe Township Tax Collector cfiore6@verizon.net,
               catanialaw@verizon.net;mvanhoutenlaw@gmail.com
              Frances Gambardella    on behalf of Loss Mitigation    MidFirst Bank
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services,
               Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              S. Daniel Hutchison    on behalf of Joint Debtor Theresa A. Crooker sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Debtor Donald J. Crooker, Jr. sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
                                                                                              TOTAL: 8