Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.: 14−12108−ABA
                         Chapter: 13
                         Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Donald J. Crooker Jr.                                 Theresa A. Crooker
    12−C Oakview Drive                               30 Tuckerton Road
    Shamong, NJ 08088                              Shamong, NJ 08088

Social Security No.:
    xxx−xx−9829                                         xxx−xx−7975

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☑ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: November 7, 2017
JAN: mrm

                                              Jeanne Naughton
                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
```

In re:                                                          Case No. 14-12108-ABA
Donald J. Crooker, Jr.                                          Chapter 13
Theresa A. Crooker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Nov 07, 2017
                               Form ID: cscnodsc           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
```
db/jdb         +Donald J. Crooker, Jr.,    Theresa A. Crooker,    12-C Oakview Drive,    Shamong, NJ 08088-8466
lm             +MidFirst Bank,    999 North West Grand Blvd,    Suite 100,    Oklahoma City, OK 73118-6051
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    P.O. Box 3569,
                 Rancho Cucamonga, CA 91729-3569
514533219      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
514531154      +AmeriCredit Financial Srvs, Inc. dba GM Financial,    PO Box 183853,
                 Arlington, Texas 76096-3853
514512863      +FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
514512866      +GM Financial,    PO Box 183834,    Arlington, TX 76096-3834
514512865       GM Financial,    200 Bailey Ave.,    Fort Worth, TX 76107-1210
514512864      +Gloucester County,    Office of the Sheriff,    PO Box 376,    Woodbury, NJ 08096-7376
514512868      +MidFirst Bank,    999 N.W. Grand Blvd.,    Oklahoma City, OK 73118-6051
514750612      +MidFirst Bank,    c/o Zucker Goldberg & Ackerman,    200 Sheffed Street, Suite 301,
                 Mountainside, NJ 07092-2315
514512869      +Monroe Township Tax Office,    125 Virginia Avenue,    Williamstown, NJ 08094-1768
514512872      +NJHESAA,    PO Box 548,    Trenton, NJ 08625-0548
514914313       Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
514543943      +Nelnet on behalf of NJHESAA,    New Jersey Higher Ed Student Asst Auth,
                 4 Quakerbridge Plaza   PO Box 548,    Trenton NJ 08625-0548
514512874     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,
                 Attn: Bankruptcy Department,    PO Box 245,    Trenton, NJ 08695)
514571750      +Sallie Mae Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
514512875      +TD Bank NA- Bankruptcy Dept,    POB 9547,    Portland, ME 04112-9547
514512876      +Wells Fargo Bank NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
514652041       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
514512877       Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341
514512878      +Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514512862      +E-mail/Text: cst.bankruptcy@chase.com Nov 07 2017 22:33:28      Chase,    PO Box 7013,
                 Indianapolis, IN 46207-7013
514512867       E-mail/Text: cio.bncmail@irs.gov Nov 07 2017 22:32:07      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
514512870       E-mail/Text: electronicbkydocs@nelnet.net Nov 07 2017 22:32:37      Nelnet,    PO Box 2970,
                 Omaha, NE 68103-2970
514512871       E-mail/Text: electronicbkydocs@nelnet.net Nov 07 2017 22:32:37      Nelnet Loan Services,
                 3015 S Parker Road, Ste 425,    Aurora, CO 80014-2904
514512873       E-mail/PDF: pa_dc_claims@navient.com Nov 07 2017 22:29:47      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 7
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              MidFirst Bank
cr              MidFirst Bank, N.A.
aty           ##Zucker Golberg and Ackerman,    200 Sheffied Street,    Ste 101,    PO Box 1024,
                 Mountainside, NJ   07092-0024
                                                                                 TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Nov 07, 2017
                                  Form ID: cscnodsc        Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Loss Mitigation    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles A. Fiore    on behalf of Creditor   Monroe Township Tax Collector cfiore6@verizon.net,
               catanialaw@verizon.net;mvanhoutenlaw@gmail.com
              Frances  Gambardella    on behalf of Loss Mitigation    MidFirst Bank
               bankruptcynotice@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services Inc. f/k/a Wachovia Dealer Services,
               Inc. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              S. Daniel Hutchison    on behalf of Joint Debtor Theresa A. Crooker sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Debtor Donald J. Crooker, Jr. sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
                                                                                             TOTAL: 8
```